Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Courtney Mitchener*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DFS SERVICES LLC, a California limited liability company; DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 3:24-cv-03742-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

| | |
|---|---|
| 1 | Plaintiff Courtney Mitchener, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her individual claims, and without prejudice to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). |

Plaintiff Courtney Mitchener, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her individual claims, and without prejudice to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: August 6, 2023              TAULER SMITH LLP

                                                By:    */s/ Robert Tauler*
                                                        Robert Tauler, Esq.
                                                        Attorneys for Plaintiff
                                                        Courtney Mitchener

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: August 6, 2023 TAULER SMITH LLP

By: */s/ Robert Tauler*
Robert Tauler, Esq.
Attorneys for Plaintiff
Courtney Mitchener